UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-00251-RJC-DCK

| USA | ) | |
| :--- | :---: | :--- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JAMES RONALD HELMS JR. | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting that the Court review his sentence. (Doc. No. 69).

The defendant states that his sentence was enhanced for actual methamphetamine, but that others being sentenced today are not being enhanced for actual methamphetamine. This Court which has limited authority to alter a sentence once it is imposed. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35. The defendant has not identified a basis to review his sentence at this stage in the proceedings.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 69), is **DENIED**.

Signed: October 11, 2023

Robert J. Conrad, Jr.
United States District Judge